UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL JOSEPH HACKETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00962-JPH-MJD |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING MOTION TO SEAL**

Plaintiffs have filed a Motion to Seal. [Dkt. 5.]  For the reasons set forth below, the

motion is taken **UNDER ADVISEMENT**.

Plaintiffs filed this action on May 12, 2026.  [Dkt. 1.]  Along with their Complaint, they

filed 12 Exhibits, none of which were filed under seal or redacted.  [Dkts. 1-1 to 1-12.]  Two

days later, they moved to seal docket entries 1-1 to 1-5.  [Dkt. 5.]  The Court *sua sponte* directed

the Clerk to seal these documents pending the resolution of this motion as a courtesy to

Plaintiffs.  In support of their Motion to Seal, Plaintiffs argue that docket entries 1-1 to 1-5

"contain sensitive, unredacted personal identifiers and federal immigration case numbers

protected under Federal Rule of Civil Procedure 5.2(a)."  *Id.* at ¶ 2.  They argue that redaction is

not a feasible alternative to sealing because

> private identifiers and active immigration case numbers are deeply integrated and
> scattered throughout all five exhibits.  Furthermore, one of the primary items is a
> marriage certificate; redacting its private and identifying elements would require
> such heavy alteration that the document would be rendered completely illegible and
> stripped of any evidentiary value.

*Id.* at ¶ 6.

The exhibits that Plaintiffs move to seal include three U.S. Citizenship and Immigration Services forms, [Dkts. 1-1, 1-2, 1-5], a photograph of Plaintiff Young A. Hackett's (*née* Cho) passport, [Dkt. 1-3], and the Plaintiffs' Indiana Marriage License, [Dkt. 1-4]. The Court has reviewed these documents and finds that while they do contain confidential information under Rule 5.2(a), redaction is a feasible alternative to sealing. Accordingly, Plaintiffs are **ORDERED** to file publicly available, redacted versions of these documents **within 14 days of the date of this Order**. The redactions must be done on a **word-by-word basis** to ensure the **minimum** amount of redaction necessary to protect the **specific information** that must be sealed. Plaintiffs are warned that over-redaction may result in the denial of their Motion to Seal. At this time, Plaintiffs' Motion to Seal remains **UNDER ADVISEMENT**.

SO ORDERED.

Dated:  26 MAY 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

2