Megan Pastrana (IN License 34321-49)
Immigration for Couples
4290 S. Highway 27, Ste 201-5
Clermont, FL 34711
Telephone: (317) 247-5040
Email: megan@immigrationforcouples.com
Counsel for Plaintiffs

The court acknowledges the Motion to Dismiss, Dkt. [18]. The Clerk is DIRECTED to close this case on the docket. JPH 7/31/2026. Distribution via ECF.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL JOSPEH HACKETT<br>83 Rock Ledge Court<br>Westfield, IN 46074<br><br>YOUNG A HACKETT<br>83 Rock Ledge Court<br>Westfield, IN 46074<br><br>*Plaintiffs,*<br><br>v.<br>MARKWAYNE MULLIN, Secretary<br>U.S. Department of Homeland Security<br>MS 0485 Office of the General Counsel<br>245 Murray Lane, SW<br>Washington, DC 20528-0485<br><br>TODD BLANCHE, Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001<br><br>JOSEPH B. EDLOW, Director<br>U.S. Citizenship and Immigration Services<br>Office of the Chief Counsel<br>Mail Stop 2120<br>Camp Springs, MD 20588-0009<br><br>KIMBERLY ADAMS, District Director<br>USCIS District 13 (Cleveland) District Office<br>A.J.C. Federal Building<br>1240 East 9th Street, Room 501<br>Cleveland, OH 44199 | No. 1:26-cv-00962-JPH-MJD<br><br><br><br>MOTION<br>TO DISMISS |

1

KAMSING LEE, Field Office Director            )
USCIS Indianapolis Field Office               )
1099 North Meridian Street, 10th Floor        )
Indianapolis, IN 46204                        )
                                              )
                                              )
*Defendants*                                  )
_____      )

## **MOTION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), Plaintiffs hereby move for the

Voluntary Dismissal of the above-entitled action by court order, due to the Defendants' recent

adjudication of the immigration case at issue.

Defendant does not oppose this Motion.

A proposed Order is attached hereto.

Dated: July 24, 2026

Respectfully submitted,

By: /s/ Megan Pastrana
Megan Pastrana (34321-49)
Immigration for Couples
4290 S. Highway 27, Ste 201-5
Clermont, FL 34711
Telephone: (317) 247-5040
Email: megan@immigrationforcouples.com

2